JAMES D. BOYLE, ESQ.
Nevada Bar No. 08384
SANTORO, DRIGGS, WALCH
KEARNEY, HOLLEY & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone:   702/791-0308
Facsimile:   702/791-1912
Email:   jboyle@nevadafirm.com

PATRICIA TOMASCO
Texas Bar No. 01797600
JACKSON WALKER L.L.P.
100 Congress Ave., Suite 1100
Austin, Texas 78701
Telephone:   512/236-2000
Facsimile:   512/236/2002
Email:   ptomasco@jw.com

*Pro Hac Vice Application Forthcoming*

*Attorneys for Defendants,*
*Peering Partners Communications, LLC*
*And Unipoint Holdings, Inc.*

## UNITED STATES DISTRICT COURT

## STATE OF NEVADA

| | |
|---|---|
| MOMENTUM TELECOM, INC., a Delaware company,<br><br>Plaintiff,<br><br>vs.<br><br>PEERING PARTNERS COMMUNICATIONS, LLC, a Texas limited liability company; UNIPOINT HOLDINGS, INC., a Delaware corporation, WORLD CALL INTERNET, INC., a Texas domestic for-profit corporation; and FEATURE GROUP IP SOUTHEAST, LLC, a Nevada limited liability company,<br><br>Defendants. | Case No.: 2:11-CV-01336<br><br>[ ] ORDER GRANTING MOTION TO EXTEND DEFENDANTS' DEADLINE TO ANSWER OR OTHERWISE RESPOND AND PLAINTIFF'S DEADLINE TO FILE MOTION TO REMAND |

This matter came before the Court on Defendant Peering Partners Communications, LLC and Unipoint Holdings, Inc.'s Motion to Extend Defendants' Deadline to Answer or Otherwise Respond

1

6204998v.1

and Plaintiff's Deadline to File Motion to Remand (First Request). The Court, upon careful consideration, is of the opinion that the Motion has merit and should be GRANTED. Therefore, the Court hereby GRANTS Defendants Peering Partners Communications, LLC, Unipoint Holdings, Inc., Feature Group IP Southeast, LLC, and World Call Internet, Inc. an extension of time to file their answer or other responsive pleading in this matter. Defendants shall file their answer or other responsive pleading on or before Friday, October 14, 2011.

Furthermore, the Court GRANTS Plaintiff Momentum Telecom, Inc. an extension to file a motion for remand. Plaintiff shall file its motion for remand on or before Friday, October 14, 2011.

IT IS SO ORDERED.
Nunc pro tunc.

_____
UNITED STATES DISTRICT JUDGE/

Dated: November 2, 2011

2

6204998v.1